United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff | )<br>)<br>) |
| v. | ) Criminal Case No. 14-20020-CR-Scola<br>) |
| Daniel Bays,<br>Defendant. | )<br>)<br>) |

### Order Granting in Part Defendant's Motion for Early Termination of Supervised Release

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release (**ECF No. 68**), filed December 28, 2023 to which the Government responded (**ECF No. 71**) on January 18, 2024. The Defendant did not file a reply and the time to do so has expired. The motion is ripe for determination. Upon review of the Motion and Response, it is hereby ordered that the Defendant's Motion (**ECF No. 68**) is **granted in part and denied in part**.

The Defendant pleaded guilty to possessing child pornography and was sentenced to 52 months in prison followed by 25 years of supervised release. He has completed his prison sentence and has been on supervised release for approximately 5.5 years.

In his motion, he claims that he has successfully completed several years of his supervised release, and he wishes to move to Sweden. He claims his conviction will not prevent him from moving there.

The Court has considered the motion, the response and the 18 U.S.C. Sec. 3553 factors and has determined that termination of the supervised release after less than 25% has been completed is not warranted, particularly based upon the offense of conviction. However, if the Defendant wishes to move to Sweden, the Court hereby grants him permission to do so. If he moves to Sweden, his supervised release will not be terminated but will become non-reporting. If the

Defendant moves to Sweden and later returns to the United States for more than 72 hours to either visit or relocate here, he must advise his supervised release officer within 72 hours of his arrival that he is in the United States and shall submit a full itinerary of his plans in the United States. If he is here for a visit of more than one month, he must report monthly while he is here. If he later resides in the United States, his supervised release will convert to reporting supervised release. Of course, if he later returns, he must allow comply with all state, local, and federal sex offender registration requirements.

      **Done and Ordered** at Miami, Florida on January 31, 2024.

                                                      _____
                                                      United States District Judge
                                                      Robert N. Scola, Jr.